# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ADRIANE B. JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CV-2267-NAB |
| STATE OF MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This closed case is before the Court on a letter from plaintiff Adriane B. Jackson dated August 14, 2018, which the Court will construe as a notice of change of address and a motion for copies. Plaintiff asks the Court to change her address to the St. Louis County Justice Center. Also, plaintiff requests that the Clerk of the Court make copies of her St. Louis County Family Court file, St. Louis County Circuit Court probation reports, medical reports, mental health records, any written complaints since 2016, social security orders, and "all rulings by the judges since [2016]." The Court will take notice of plaintiff's change of address, and update the docket sheet accordingly. The Court will deny the motion for copies in all respects.

Other than any complaints filed by plaintiff in the United States District Court for the Eastern District of Missouri and any rulings made by the judges of this Court, the Court does not have the records plaintiff seeks. Even if the Court had these records, the Court does not provide free copies of documents on behalf of persons granted in forma pauperis status. This responsibility remains with plaintiff at all times. The Clerk's Office will make copies of documents at the rate of fifty cents ($.50) per page, prepaid.

The Court notes that it dismissed this case without prejudice on February 21, 2018, and certified that an appeal would not be taken in good faith. Plaintiff has appealed that ruling, and

the appeal is pending. Since her dismissal, plaintiff has filed two motions for reconsideration, and a motion to amend or correct the judgment. The Court denied all three motions. Because this matter is on appeal, the Court will prohibit plaintiff from filing any future motions or documents in this closed case. All filings shall be directed to the United States Court of Appeals for the Eighth Circuit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's letter dated August 14, 2018, construed as a notice of change of address and a motion for copies, is **GRANTED in part** and **DENIED in part**. [ECF No. 39] The Court will take notice of plaintiff's change of address, and deny the motion for copies in all respects.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall return to plaintiff any further documents filed in this closed case. Plaintiff shall direct all future filings to the United States Court of Appeals for the Eighth Circuit, where her appeal is pending.

Dated this 31st day of August, 2018.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE